# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JOHNETTE CASAREZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 1:23-CV-01401-SH |
| | § | |
| **JP FIFTY-TWO, LLC and** | § | |
| **HO JUN SIN,** | § | |
| *Defendants* | § | |

## FINAL JUDGMENT

On this date, the Court granted the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 12). The Court enters **FINAL JUDGMENT** that all claims asserted or that could have been asserted by Plaintiff, Johnette Casarez, against Defendants, JP Fifty-Two, LLC and Ho Jun Sin, in this action are hereby **DISMISSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court shall **CLOSE** this case.

**SIGNED** on March 18, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1